**Hubert TYRILL, Plaintiff-Appellant,**

v.

**ALCOA STEAMSHIP COMPANY, Inc., Defendant-Appellee.**

**No. 237, Docket 25467.**

United States Court of Appeals
Second Circuit.

Argued April 6, 1959.

Decided April 28, 1959.

Morris Hirschhorn, New York City, for plaintiff-appellant.

Francis X. Byrn, New York City (Haight, Gardner, Poor & Havens, and J. Ward O'Neill, New York City, on the brief), for defendant-appellee.

Before HINCKS, LUMBARD and WATERMAN, Circuit Judges.

PER CURIAM.

The denial of an injunction constitutes an appealable order. 28 U.S.C.A. § 1292 (a) (1). We think the lucid and well-reasoned opinion of Judge Ryan, D.C.S. D.N.Y., 172 F.Supp. 363, is a complete answer to the plaintiff's contentions here.

The order is affirmed.